# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINIA

Jonathan Lee Riches©,

Plaintiff

v.

WLTX NEWS 19 d/b/a WLTX.com,

Defendant's

Civ. No.:

4:07-4143-MBS-WMC

## Complaint

42 USC 1983. 42 USC 1983 and misimprison of a felony against defendants. I'm in solitary confinement at FCI Williamsburg I wrote them to tell them about my kidnapping here and to broadcast to the United States citizens abuses in prison, but they fail to report Genocide, and my civil rights taken from me. I'm locked in a Room 24 hours a day with no medical treatment, cold water, cold vent air, 1 blanket, no long sleve shirt, no windows to look out of, this is unconstitutional. I seek $50 million dollars.

Jonathan Lee Riches©
#40948-018  FCI Williamsburg
P.O. Box 340 Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©